# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Lucy Archibald and Vermeer Corporation,

      Plaintiff,

v.

The Standard Insurance Company,

      Defendants.

Court File No. 14-CV-200 RP/CFB

**CORPORATE DISCLOSURE STATEMENT**

As required by LR 7.1 and LR 81.c and d, Standard Insurance Company, Defendant in this case, provides the following information to the court:

(a)    The following are the names of all associations, firms, partnership, corporation, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in this case:

    1.    Stan Corp Financial Group.

(b)    With respect to each entity names in responses to (a), the following describes its connection to or interest in the litigation, or both:

Standard Insurance Company is wholly owned by Stan Corp Financial Group, Inc., a publically traded company.

- 2 -

| | |
|---|---|
| Dated: May 22, 2014 | s/Molly R. Hamilton Cawley<br>Molly R. Hamilton Cawley<br>MESSERLI & KRAMER P.A.<br>1400 Fifth Street Towers<br>100 South Fifth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 672-3600<br>Email: mhamilton@messerlikramer.com<br>ATTORNEY FOR DEFENDANT |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Chester C. Wodoburn, III
> Hansen, McClintock & Riley
> Fifth Floor
> US Bank Building
> 520 Walnut Street
> Des Moines, IA  50309

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants:


Dated: May 22, 2014                              s/Molly R. Hamilton Cawley


1128935.1