UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Lucy Archibald and Vermeer Corporation, | No. 4:14-cv-00200-RP-CFB |
| Plaintiffs, | |
| v. | PLAINTIFF'S CORPORATE DISCLOSURE/STATEMENT OF INTEREST |
| The Standard Insurance Company, | |
| Defendant. | |

As required by LR 7.1 and LR 81.c, ,d, and .e, in this case, Plaintiff Vermeer Corporation provides the following information to the court:

a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the outcome in the case:

   i. Vermeer Marketing Company;
   ii. Vermeer Credit Corporation;
   iii. Vermeer Underground Technology, Inc.;
   iv. Vermeer Freeman Manufacturing, Inc.;
   v. Vermeer Asia Manufacturing Ltd.;
   vi. VFE Acquisition GMBH;
   vii. Vermeer Equipmentos e Technolgias Ltds.;
   viii. Vermeer Asia Pacific Pte. Ltd.;
   ix. Vermeer International, B.V.;
   x. Vermeer Domestic Distribution, Inc.;
   xi. and HDD Broker, Inc.

b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

   i. Subsidiary;
   ii. Subsidiary;
   iii. Subsidiary;
   iv. Subsidiary;
   v. Subsidiary;
   vi. Subsidiary;
   vii. Subsidiary;
   viii. Subsidiary;

  ix. Subsidiary;
  x. Subsidiary;
  xi. Subsidiary;

Dated: June 5, 2014

                HANSEN, McCLINTOCK & RILEY

                BY _/s/ Chester C. Woodburn_
                CHESTER C. WOODBURN, III  AT0008551

                BY _/s/_
                ALEXANDER E. WONIO  AT0008559
                218 Sixth Avenue, 8th Floor
                Des Moines, Iowa  50309
                Telephone: (515) 244-2141
                Facsimile: (515) 244-2931
                E-mail: awonio@hmralwfirm.com

                ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 5, 2014.
By: ☐ Overnight Courier  ☐ FAX  ☐ E-mailed
  ☐ Hand Delivered  ☐ U.S. Mail  ☒ Other: e-filed
  ☐ Certified Mail  ☐ Scanned
Signature: _/s/_

Original filed.

Copy to:

Terrance J. Wagener (twagener@messerlikramer.com)
Molly R. Hamilton Crawley (mhamilton@messerlikramer.com)
MESSERLI & KRAMER, P.A.
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN  55402